941 A.2d 1255

**Alan T. BROOKS, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

July 20, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of July, 2007, the Application for Relief filed June 27, 2007, is DENIED.